IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLIE A. CRAVEN, | ) | Case No. 3:12-cv-00703-WJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [JUDGE WILLIAM J. NEALON] |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| TRANS UNION, LLC, and NRA GROUP LLC | ) | |
| d/b/a NATIONAL RECOVERY AGENCY, | ) | FILED ELECTRONICALLY |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
UNOPPOSED MOTION FOR ITS COUNSEL TO APPEAR FOR THE
CASE MANAGEMENT CONFERENCE BY TELEPHONE**

COMES NOW Defendant, Equifax Information Services LLC ("Equifax"), and respectfully requests that this Honorable Court permit K. Ann Broussard, as *pro hac vice* counsel for Defendant Equifax, to attend the Case Management Conference ("Conference") scheduled for July 3, 2012 at 2:00 p.m. (Doc. 25) by telephone. In support hereof, Equifax shows the Court as follows:

1. Ms. Broussard resides in Atlanta, Georgia and serves as lead counsel for Equifax in the above-referenced action. Equifax respectfully states that requiring counsel for Equifax to attend the hearing personally would be unduly burdensome and costly for its counsel to travel from Atlanta, Georgia to Pennsylvania for the Conference in this case.

2. Equifax requests that its lead counsel be permitted to appear by telephone for the Conference on July 3, 2012. Her appearance by telephone will not impair the Court's ability to conduct the Conference and Ms. Broussard will meaningfully participate in the Conference as

she is the counsel most familiar with the case. The telephonic appearance of Equifax's counsel will not prejudice any party and will not hamper the efficient operation of the Conference.

3.   Counsel for Equifax has consulted with counsel for Plaintiff. Plaintiff has no objection to this motion or to Equifax's counsel, Ms. Broussard, appearing by telephone for this Conference.

WHEREFORE, Defendant Equifax respectfully requests that, on this occasion and under the circumstances set forth above, its counsel be permitted to attend the July 3, 2012 conference by telephone.

Dated:  June 27, 2012

s/ *K. Ann Broussard*
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Phone:  (404) 215-5725
Fax:  (404) 572-5100
Email:  ABroussard@kslaw.com
Christie Pabarue Mortensen and Young,
*A Professional Corporation*

John C. McNamara, Esquire
PA Atty I.D. No. 17875
1880 JFK Boulevard - Tenth Floor
Philadelphia, PA  19103
Phone:  215 587 1600/1663
Fax:  215 587 1699

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLIE A. CRAVEN, ) | Case No. 3:12-cv-00703-WJN |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | [JUDGE WILLIAM J. NEALON] |
| ) | |
| EQUIFAX INFORMATION SERVICES LLC, ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., ) | |
| TRANS UNION, LLC, and NRA GROUP LLC ) | |
| d/b/a NATIONAL RECOVERY AGENCY, ) | FILED ELECTRONICALLY |
| ) | |
| Defendants. ) | |

_____

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the within document to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel identified below:

Brett Freeman, Esquire
Sabatini Law Firm, LLC
216 N. Blakely Street
Dunmore, PA 18512
Ph:    570 341 9000
Fx:    570 504 2769
bfecf@bankruptcypa.com

John H. Goolsby, Esquire
Goolsby Law Office, LLC
2701 University Ave., SE
Suite 209
Minneapolis, MN 55414
Ph:  612 231 8700
jgoolsby@goolsbylawoffice.com
Attorneys for Plaintiff

Mohammad A. Ghiasuddin, Esquire
Kaplin Stewart Meloff Reiter & Stein
Union Meeting Corporate Center
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422-0765

Ph:  610) 941-2546
Fx:  610) 260-1240
MGhiasuddin@KapLaw.com
Attorneys for  Experian Information Solutions, Inc.

Leon P. Haller, Esquire
Purcell, Krup & Haller
1719 N. Front St.
Harrisburg, PA 17102
Ph:  717-234-4178
Fx:  717-233-1149
lhaller@pkh.com

Robert J. Schuckit, Esquire
Schuckit & Associates, PC
4545 Northwestern Drive
Zionsville, IN 46077
Ph:  317-363-2400
rschuckit@schuckitlaw.com
Attorneys for Trans Union LLC

Andrew M. Schwartz, Esquire
Marshall Dennehey Warner Colemena & Goggin
1845 Walnut Street, 17th Floor
Philadelphia, PA 19146
Ph:  215-575-2765
Fx:   215-575-0856
Amschwartz@mdwcg.com
Attorneys for NRA Group, LLC


Dated:  June 27, 2012

                      s/  *K. Ann Broussard*
                      KING & SPALDING LLP
                      1180 Peachtree Street, N.E.
                      Atlanta, Georgia  30309
                      Phone:  (404) 215-5725
                      Fax:  (404) 572-5100
                      Email:  ABroussard@kslaw.com

                      Christie Pabarue Mortensen and Young,
                      *A Professional Corporation*

                      John C. McNamara, Esquire
                      PA Atty I.D. No. 17875

1880 JFK Boulevard - Tenth Floor
Philadelphia, PA  19103
Phone:  215 587 1600/1663
Fax:  215 587 1699

*Attorneys for Equifax*
*Information Services, LLC*