IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLIE A. CRAVEN,<br>    Plaintiff | : | 3:12-CV-703 |
| v. | : | (Judge Nealon) |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, AND NRA GROUP LLC d/b/a NATIONAL RECOVERY AGENCY,<br>    Defendants | : | FILED<br>SCRANTON<br>JUN 29 2012<br>PER _____<br>DEPUTY CLERK |

## ORDER

**NOW**, THIS 29TH DAY OF JUNE, 2012, upon consideration of Defendant Equifax Information Services, LLC's unopposed Motion (Doc. 26) for counsel to appear for the case management conference by telephone and Defendant Trans Union, LLC's unopposed verbal request for counsel to appear for the case management conference by telephone, **IT IS HEREBY ORDERED THAT** Defendant Equifax's Motion (Doc. 26) is **GRANTED** and Defendant Trans Union's verbal request is **GRANTED**. Counsel for Defendants Equifax and Trans Union are permitted to appear by telephone for the Case Management Conference in the above-captioned matter scheduled for July 3, 2012 @ 2:00 PM.

_/s/ William J. Nealon_
**United States District Judge**