IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Carlie A. Craven, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 3:12-00703 |
| | : (JUDGE NEALON) |
| Equifax Information Services LLC, et al., | : |
| | : |
| Defendants | : |

FILED
SCRANTON
NOV 1 6 2012
PER _____
DEPUTY CLERK

## ORDER

Counsel for all parties in the above captioned matter are ordered to confer and to produce a joint proposed scheduling order with suggested case management deadlines to be filed with the Court no later than thirty (30) days from the date of this Order.

Date: November 16, 2012

_____
United States District Judge